08/04/2008 11:58 7182462550   Received: Aug 4 2008 12:39pm   #0059 P.002 /003
2127884123
09:19:58 a.m.   08-01-2008   7/8

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

RYAN BENNETT,

                              Plaintiff,

           -against-

THE CITY OF NEW YORK, KINGS COUNTY
DISTRICT ATTORNEY'S OFFICE, DETECTIVES
BASTEDENBECK, DUNN, PLATT and JOHN DOES
individually and in their official capacities,

                              Defendants.
------------------------------------------------------------- x

**STIPULATION**

**08 Civ. 1795 (SJ)(SLP)**

        **WHEREAS**, plaintiff Ryan Bennett was arrested on or about October 23, 2004; and

        **WHEREAS**, plaintiff alleges that he was acquitted of all charges on January 31, 2007; and

        **WHEREAS**, plaintiff filed the Complaint in this action on May 1, 2008, naming The City of New York, Kings County District Attorney's Office, and Detectives Bastedenbeck, Dunn, and Platt as defendants; and

        **WHEREAS**, in his Complaint, plaintiff alleged federal claims of false arrest and malicious prosecution and various state law claims; and

        **WHEREAS**, the parties agree that plaintiff's state law claims are barred by the applicable statute of limitations; and

        **WHEREAS**, the parties agree that plaintiff's federal claim of false arrest is barred by the applicable statute of limitations; and

Received: Aug 4 2008 12:40pm
08/04/2008 11:58 7182462550                                    #0059 P.003 /003
2127884123                                         09:20:09 a.m.   08-01-2008    8/8

WHEREAS, the Kings County District Attorney's Office is immune from suit pursuant to the Eleventh Amendment of the United States Constitution;

NOW THEREFORE, the parties stipulate as follows:

1. The plaintiff's claims against the Kings County District Attorney's Office are dismissed, with prejudice; and

2. The plaintiff's federal claim of false arrest is dismissed, with prejudice; and

3. The plaintiff's state law claims are dismissed, with prejudice; and

4. The plaintiff's remaining claim, malicious prosecution pursuant to 42 U.S.C. § 1983, will survive this Stipulation.

Dated: New York, New York
July ___, 2008
August 4, 2008

Danielle V. Eaddy
Attorney for the Plaintiff
26 Court Street, Suite 1400
Brooklyn, New York 11242
(718) 246-2500

By: _____
Danielle V. Eaddy

MICHAEL A. CARDOZO
Corporation Counsel of the
City of New York
Attorney for the Defendant
100 Church Street, Room 3-190
New York, New York 10007
(212) 788-0786

By: _____
Michael K. Gertzer
Assistant Corporation Counsel

SO ORDERED:

s/Hon. Sterling Johnson, Jr.
_____
HONORABLE ~~CHERYL L. POLLACK~~ Sterling Johnson Jr.
UNITED STATES ~~MAGISTRATE JUDGE~~ District Judge

- 2 -



MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL K. GERTZER
Assistant Corporation Counsel
E-mail: mgertzer@law.nyc.gov
Phone: (212) 788-0786
Fax: (212) 788-9776

August 5, 2008

**BY ECF AND BY HAND**
The Honorable Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:  Ryan Bennett v. City of New York, et al., 08 Civ. 1795 (SJ)(CLP)

Your Honor:

    I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, representing defendants City of New York and Kings County District Attorney's Office in the above-referenced matter.

    Please find enclosed herewith for your Honor's review a stipulation entered into by the parties wherein the plaintiff has agreed to (1) dismiss his claims against the Kings County District Attorney's Office, with prejudice; (2) dismiss his federal claim of false arrest, with prejudice; and (3) dismiss his state law claims, with prejudice. Plaintiff's claim for malicious prosecution pursuant to 42 U.S.C. §1983 as against the remaining defendants will survive the stipulation.

    Therefore, the parties respectfully request that your Honor "so order" the stipulation. Thank you for your consideration herein.

                    Respectfully submitted,

                    Michael K. Gertzer
                    Assistant Corporation Counsel

Encl.

cc:  Danielle V. Eaddy, Esq. (via ECF and regular mail)